07-20792.or3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 07-20792-CIV-COOKE/BROWN

SANDRA VALSAINT, on her own
behalf and others similarly situated,

    Plaintiff,

vs.

SKY DESIGN, INC., a Florida corporation,
and SO-IM KIM JIM, individually,

    Defendants.
_____/

## ORDER DENYING AMENDED JOINT STIPULATION FOR DISMISSAL

**This matter** is before this Court on Amended Joint Stipulation of Dismissal with Prejudice, filed August 15, 2007. The Court has considered the amended stipulation and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

The Settlement Agreement says that defendant will pay "total consideration in the amount of $7,500. They are paying - in two payments $4,000 to plaintiff. Counsel is to receive - also in two payments, $3,500.

After a prior order denying approval, this amended stipulation was filed. It remedies the problem with evaluating the "fairness" of plaintiff's claim. However, the breakdown of attorneys' fees and costs was apparently misunderstood. In order to "scrutinize the settlement for fairness,"

the Court needs to be able to determine why the attorney's fee exceeds 40% of the recovery....and what was done to earn it.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of August, 2007.

                                                STEPHEN T. BROWN
                                                UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record